EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    María M. Figueroa Carrasquillo | 2003 TSPR 42<br><br>158 DPR \_\_\_\_ |

Número del Caso: 8967


Fecha: 21 de marzo de 2003


Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora


Abogada de la Parte Querellada:

                    Por Derecho Propio



Materia: Solicitud de Reinstalación



    Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María M. Figueroa Carrasquillo

8967

RESOLUCION

San Juan, Puerto Rico, a 21 de marzo de 2003.

Examinada la moción de reinstalación al ejercicio de la abogacía de la peticionaria y el Informe de la Lic. Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías, se accede a lo solicitado y se ordena la reinstalación inmediata de la peticionaria al ejercicio de la abogacía.

Conforme a lo informado por la abogada en su solicitud, ella deberá consignar en el Tribunal de Primera Instancia, Sala de lo Superior, la cantidad indicada en su escrito en devolución de los honorarios que le fueron entregados por la señora Emilia Fontánez. Se le concede un término de sesenta (60) días, contados a partir de la notificación de esta Resolución, para consignar dicha cantidad. Una vez cumpla con los términos de esta Resolución deberá comparecer ante este Tribunal y así informarlo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo